*BICKERTON SAUNDERS DANG & SULLIVAN*
JAMES J. BICKERTON          3085
BARRY A. SULLIVAN                 5865
K. BARTLETT DURAND, JR.      7744
SCOTT K. SAIKI                         5595
745 Fort Street, Suite 801
Honolulu, Hawai'I  96813
Telephone No. 808.599.3811
Facsimile No.  808.533.2467
E-Mail: bickerton@bsds.com

*CLAY CHAPMAN CRUMPTON IWAMURA & PULICE*
GERALD S. CLAY               1439
SCOTT I. BATTERMAN         5017
700 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: 808.535.8400
Facsimile: 808.535.8444
E-Mail: clay@paclawteam.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY YOKOYAMA, attorney-in-fact for Leatrice C. Yokoyama, individually and on behalf of a Class of Similarly Situated Persons,<br><br>       Plaintiffs,<br><br>  vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br>       Defendant. | Case No. CV#05-00303 JMS KSC<br><br>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; DECLARATION OF JAMES J. BICKERTON; DECLARATION OF GERALD S. CLAY; DECLARATION OF CRAIG J. McCANN, Ph.D., C.F.A,; EXHIBITS 1-2; DECLARATION OF THOMAS J. MARONICK; EXHIBITS "A" - "B"; |

EXHIBITS 3-37; CERTIFICATE OF
SERVICE

Hearing Date: 12/11/06
Hearing Time: 9:00 a.m.
Judge:  Hon. J. Michael Seabright

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Gary Yokoyama, attorney-in-fact for Leatrice C. Yokoyama;

Catherine E. Thorson; and Edna C. Yamane, by her attorney-in-fact Kathleen

Maeda, individually and on behalf of a Class of Similarly Situated Persons,

through their counsel, move pursuant to Rule 23(a) and 23(b)(3) of the Federal

Rules of Civil Procedure, for certification of the class in this action as f ollows:

All persons residing in Hawaii who within the applicable statute of limitations to

the date of the commencement of this action (the  "Class Period"), and while age 65

years or older, purchased a Midland deferred annuity either directly or through th e

surrender (in whole or part) of an existing permanent life insurance policy or

annuity, or by borrowing against an existing permanent life insurance policy,

which annuity had a rate of return dictated by a specific market  "index."

Should the Court grant the instant Motion, Plaintiffs also seek approval of

the notice attached hereto as Exhibit 37 and the notice plan described in the

memorandum set forth herein.

This motion is based upon the attached memorandum, declarations, exhibits and all the pleadings and filing in this case.

DATED:    Honolulu, Hawaii, November 9, 2006.

*Bickerton Saunders Dang & Sullivan*

*/S/ JAMES J. BICKERTON*

JAMES J. BICKERTON
K. BARTLETT DURAND, JR.
SCOTT K. SAIKI
Attorneys for Plaintiffs

3