IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY YOKOYAMA, attorney-in-fact for Leatrice C. Yokoyama; CATHERINE E. THORSON; and EDNA C. YAMANE, by her attorney-in-fact Kathleen Maeda, individually and on behalf of a Class of Similarly Situated Persons,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____ | CIVIL NO. 05-00303 JMS-KSC<br><br>FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S OBJECTION TO AND MOTION TO EXCLUDE DECLARATION OF CRAIG MCCANN AND TO DENY DEFENDANT'S MOTION TO STRIKE NEW MATTER IN PLAINTIFFS' REPLY |

FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S
OBJECTION TO AND MOTION TO EXCLUDE DECLARATION OF CRAIG
MCCANN AND TO DENY DEFENDANT'S MOTION TO STRIKE NEW
<u>MATTER IN PLAINTIFFS' REPLY</u>

In conjunction with Plaintiffs Gary Yokoyama, et al.'s ("Plaintiffs") Motion for Class Certification filed November 9, 2006, Defendant Midland National Life Insurance Company ("Defendant") filed the following related motions: (1) Defendant's Objections to and Motion to Exclude Declaration of Craig J. McCann filed

November 28, 2006; and (2) Defendant's Motion to Strike New Matter in Plaintiffs' Reply filed January 5, 2007.

Pursuant to Local Rule 72.4(a)(4) of the Local Rules of the United States District Court for the District of Hawaii ("Local Rules"), these motions were designated to this Court by United States District Judge J. Michael Seabright on November 13, 2006.

The matters came on for hearing on January 31, 2007. Attorney James Bickerton and Attorney Barry Sullivan appeared on behalf of Plaintiffs; Attorney Steven Jacobson and Attorney Robert Phillips appeared on behalf of Defendant.

The Court, having considered the memoranda and arguments of counsel, and good cause appearing therefor, makes the following findings:

Regarding Defendant's Objections to and Motion to Exclude Declaration of Craig J. McCann, the Court finds that Dr. McCann's opinions are probative and useful in determining the Motion for Class Certification and therefore will not exclude his declaration. Along with the testimony of Dr. McCann,

the Court will also consider the testimony of Defendant's experts to the extent that they are useful in determining whether class certification is appropriate. The Court will not weigh the merits of the expert opinions at this stage.

Regarding Defendant's Motion to Strike New Matter in Plaintiffs' Reply, the Court finds that Plaintiffs' Reply does not present any additional or new theories, but merely responds to Defendant's Opposition and refers to some new case law.

Accordingly, the Court FINDS and RECOMMENDS that Defendant's Objections to and Motion to Exclude Declaration of Craig J. McCann and Defendant's Motion to Strike New Matter in Plaintiffs' Reply be DENIED.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, March 15, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 05-00303 JMS-KSC; <u>GARY YOKOYAMA, et al. v. MIDLAND LIFE INSURANCE COMPANY</u>; FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S OBJECTION TO AND MOTION TO EXCLUDE DECLARATION OF CRAIG MCCANN AND TO DENY DEFENDANT'S MOTION TO STRIKE NEW MATTER IN PLAINTIFFS' REPLY